# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 11, 2015

Mr. John M. Castillo
Farrimond Castillo & Bresnahan, P.C.
130 E. Travis Street
Suite 350
San Antonio, TX 78205

    No. 15-50105    Neurl & Neurophysiology Assoc v. Peter
                            Tarbox
                            USDC No. 5:14-CV-903

Dear Mr. Castillo,

The following pertains to your brief electronically filed on 5/11/15. Your brief has been made sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Melissa Mattingly*
                            By: _____
                            Melissa V. Mattingly, Deputy Clerk
                            504-310-7719

cc:
    Mr. Kevin B. Miller